**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO: 8:15-cv-00073-VMC-AEP**

ALAN L. LAUB, DDS and ALAN L.
LAUB, DDS, INC., an Ohio corporation,
individually and as the representatives of
a class of similarly-situated persons,

    Plaintiffs,

v.

CONSUMER ENERGY SOLUTIONS,        CLASS ACTION
INC., DIRECT ENERGY SERVICES,
LLC, and JOHN DOES 1-10,

    Defendant.
_____/

**NOTICE OF DISMISSAL**

Plaintiffs ALAN L. LAUB, DDS and ALAN L. LAUB, DDS, INC. voluntarily dismiss their claims with prejudice as to themselves, and without prejudice as to the putative class members, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

        Respectfully submitted,

        *s/Ryan M. Kelly*
        Ryan M. Kelly, Esq.
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 760
        Rolling Meadows, IL 60008
        Phone: 847-368-1500
        Fax: 847-368-1501
        rkelly@andersonwanca.com
        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 10, 2015, the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will serve all counsel of record.

*s/ Ryan M. Kelly*
RYAN M. KELLY
